**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CASE NO.:** |
| | **4:26-CR-03-CDL-AGH-1** |
| **TRAVIS T. THOMAS** | |

**ORDER GRANTING DEFENDANT'S**
**UNOPPOSED MOTION TO CONTINUE**

Defendant was indicted on February 10, 2026, Doc. 1, and arraigned on March 19, 2026. A Pretrial Conference is currently scheduled for April 20, 2026. The defendant requests a continuance, and the government does not oppose. Specifically, Counsel needs additional time to review discovery with Mr. Thomas.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the September 2026 trial term and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 16th day of April 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA