IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

v.                                                          NO.  4:26-CR-3-001(CDL)

**TRAVIS THOMAS**

## ORDER

On March 19, 2026, Thomas appeared before Your Honor for his Initial Appearance on charges of Distribution of Fentanyl and Methamphetamine, and was released on pretrial supervision with conditions of release. Thomas was simultaneously being supervised by the Georgia Department of Community Supervision, however, and was arrested and taken into their custody based on the Indictment for the instant federal offense. On May 14, 2026, Thomas was found in violation of his probation, as the conduct for the instant offense took place while he was being supervised by the state. His probation was revoked and he will return to state prison, with an estimated release date of September 13, 2028.

As Thomas is no longer being supervised in the community and may not be for several years, IT IS HEREBY ORDERED that his pretrial supervision be closed. Should he be released prior to his sentencing in this case, pretrial supervision will resume under the conditions of release previously imposed at his initial appearance.

**SO ORDERED,** this __12__ day of __June_____, 2026.

_Amelia G. Helmick_
_____
AMELIA G. HELMICK
U.S. MAGISTRATE COURT JUDGE
MIDDLE DISTRICT OF GEORGIA