**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 4:26-CR-00003** |
| | : | |
| **TRAVIS T. THOMAS** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

The government's Motion to Amend the Superseding Indictment is GRANTED. Within Count 2 of the Superseding Indictment, the government may revise the word "Dougherty" to instead say "Muscogee" because such a revision is one of form and Defendant Travis T. Thomas will not suffer prejudice from it.

SO ORDERED, this 18th day of August, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA